McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHWAN ALI YAQOUB, et al., ) | CV 06-F-0161 REC DLB |
| ) | |
| Petitioners, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION RE:** |
| Michael Chertoff, et al. ) | **RESPONDENTS' ANSWER AND** |
| ) | **ORDER** |
| ) | |
| Respondents. ) | |
| _____) | |

     This is an immigration case in which plaintiffs have filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate their naturalization applications and to seek de novo review of those applications. The delay in the agency adjudication of the applications is in the Federal Bureau of Investigations' (FBI) processing of the background name checks. Upon learning of this lawsuit, CIS requested expedited processing of those name checks from the FBI; the name checks are expected to be completed within 45 days. Once the name checks are completed, it is anticipated that this matter may be resolved at the agency level.

     Accordingly, the government respectfully requests an extension of time of 45 days in which

to file its answer to the complaint.

The parties therefore stipulate that the time for filing the government's answer be extended to May 30, 2006, and that all other proceedings in this matter be suspended until that time.


Dated: April 14, 2006                                       Respectfully Submitted,

                                                            McGREGOR W. SCOTT
                                                            United States Attorney


                                                    By:     /s/Audrey Hemesath
                                                            Audrey B. Hemesath
                                                            Assistant U.S. Attorney
                                                            Attorneys for the Respondents


                                                    By:     /s/ James Makasian
                                                            James M. Makasian
                                                            Attorney for the Petitioners


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the respondent's Answer is due on May 30, 2006, and that all other proceedings in this matter are suspended until that time.


IT IS SO ORDERED.

Dated:     April 18, 2006                           /s/ Dennis L. Beck
3c0hj8                                              UNITED STATES MAGISTRATE JUDGE