JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHWAN ALI YAQUOB, KRIKOR VARTANIAN,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>Defendants. | CIVIL No. 1:06-CV-F-161<br><br>NOTICE OF DISMISSAL BY PLAINTIFF NASHWAN ALI YAQUOB<br><br>Rule 41(a)(1) |

PLEASE TAKE NOTICE:

The above-entitled action is hereby dismissed by plaintiff, NASHWAN ALI YQUOB, CIS Number A 73426457, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: July 27, 2006                                    /s/JAMES M. MAKASIAN
                                                                   JAMES M. MAKASIAN
                                                                    Attorney for Plaintiffs

1

PDF created with pdfFactory trial version www.pdffactory.com

It is so ordered.

Dated: __August 11, 2006              _/s/ OLIVER W. WANGER_____
                                       UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com