JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NASHWAN ALI YAQUOB and KRIKOR VARTANIAN,<br><br>         Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>         Defendants. | CIVIL No. 06-F-0161 REC DLB<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, KRIKOR VARTANIAN AND PROPOSED ORDER<br><br>Rule 41(a)(1)<br><br>CIS No.: A 35966673 |

PLEASE TAKE NOTICE:

That PLAINTIFF, KRIKOR VARTANIAN has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath ceremony. Accordingly, plaintiff KRIKOR VARTANIAN, is hereby dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: December 20, 2006                    /s/ JAMES M. MAKASIAN
                                            JAMES M. MAKASIAN
                                            Attorney for Plaintiffs

ORDER

The parties seek dismissal of this action as to PLAINTIFF, KRIKOR VARTANIAN pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Rule 41(a)(1), in relevant part, reads:

> an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on or including the same claim.

Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir. 1986).   Because PLAINTIFF, KRIKOR VARTANIAN has filed a stipulation for dismissal that is signed by all parties who have made an appearance, this case has terminated as to PLAINTIFF, KRIKOR VARTANIAN.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED as to PLAINTIFF, KRIKOR VARTANIAN.   Because the only other named Plaintiff has already been dismissed from this action, this action has terminated and the Clerk of the Court is DIRECTED to close this file.

IT IS SO ORDERED.

Dated:     **January 3, 2007**                              **/s/ Anthony W. Ishii**
0m8i78                                                  UNITED STATES DISTRICT JUDGE